IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONALD BARNES,
    Petitioner,
  v.             **Judgment in a Civil Case**
JONATHAN MINER; UNITES STATES
PAROLE COMMISSION,
    Respondents.      Case Number: 5:11-HC-2026-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the respondents' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 29, 2011, with service on:
Donald Barnes 99998-555, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986 (via U.S. Mail)
W. Ellis Boyle (via CM/ECF Notice of Electronic Filing)

November 29, 2011         /s/ Dennis P. Iavarone
                   Clerk

Raleigh, North Carolina